JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
T. MATTHEW HANSEN (CA Bar No. 231057)
mhansen@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an
Acquirer of Certain Assets and Liabilities
of Washington Mutual from the FDIC
Acting as Receiver, and California
Reconveyance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTE JOZINOVICH,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, National Association; California Reconveyance Company; and DOES 1-100,<br><br>Defendants. | **CASE NO.: CV-03326-TEH**<br><br>**JUDGE:** Hon. Thelton E. Henderson<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS JP MORGAN CHASE BANK, N.A., AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, AND CALIFORNIA RECONVEYANCE COMPANY TO RESPOND TO THE COMPLAINT**<br><br>**Action Filed:** June 1, 2009 |

///

///

///

///

1

2022931.1

///

## STIPULATION

Plaintiff Ante Jozinovich ("Plaintiff") and defendants JPMorgan Chase Bank, N.A., an Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from the FDIC Acting as Receiver and California Reconveyance Company ("CRC") (collectively, the "Defendants"), through their respective counsel, hereby stipulate as follows:

1. Plaintiff served defendant JPMorgan by personal service on June 22, 2009;

2. Plaintiff served defendant CRC by personal service on June 22, 2009; and

3. Plaintiff is attempting to modify his existing loan serviced by JPMorgan. In order to evaluate the case and determine whether settlement is possible prior to the filing of a responsive pleading, the parties stipulate that the Defendants shall have up to, and including, August 11, 2009, to respond to the Complaint filed in this action.

DATED: July 28, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ T.Matthew Hansen
T. MATTHEW HANSEN
Attorneys for Defendants
JPMorgan Chase Bank, N.A., an Acquirer of Certain Assets and Liabilities of Washington Mutual from the FDIC Acting as Receiver, and California Reconveyance Company

MICHAEL ROONEY LAW OFFICE

By: _____
MICHAEL P. ROONEY
Attorneys for Plaintiff
Ante Jozinovich



IT IS SO ORDERED
Judge Thelton E. Henderson
07/29/09

2