| | |
|---|---|
| 1 | JOHN M. SORICH (CA Bar No. 125223) |
|   | jsorich@adorno.com |
| 2 | PATRICK A. CATHCART (CA Bar No. 65413) |
|   | pcathcart@adorno.com |
| 3 | AMY L. MORSE (CA Bar No. 92135) |
|   | amorse@adorno.com |
| 4 | T. MATTHEW HANSEN (CA Bar No. 231057) |
|   | mhansen@adorno.com |
| 5 | ADORNO YOSS ALVARADO & SMITH |
|   | A Professional Corporation |
| 6 | 633 W. Fifth Street, Suite 1100 |
|   | Los Angeles, CA 90071 |
| 7 | Tel: (213) 229-2400 |
|   | Fax: (213) 229-2499 |

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an Acquirer of Certain Assets and Liabilities of Washington Mutual from the FDIC Acting as Receiver, and California Reconveyance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTE JOZINOVICH, | CASE NO.: CV-03326-TEH |
| Plaintiff, | JUDGE:   Hon. Thelton E. Henderson |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS JP MORGAN CHASE BANK, N.A., AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, AND CALIFORNIA RECONVEYANCE COMPANY TO RESPOND TO THE COMPLAINT** |
| JPMorgan Chase Bank, National Association; California Reconveyance Company; and DOES 1-100, | |
| Defendants. | |
|   | Action Filed:   June 1, 2009 |

**STIPULATION**

Plaintiff Ante Jozinovich ("Plaintiff") and defendants JPMorgan Chase Bank, N.A., an Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from the FDIC Acting as Receiver and California Reconveyance Company ("CRC") (collectively, the "Defendants"), through their respective counsel, hereby stipulate as follows:

1

2023923.1

1. Plaintiff served defendant JPMorgan by personal service on June 22, 2009;

2. Plaintiff has not yet served CRC;

3. On July 28, 2009, in order to engage in settlement discussions and in order for the parties to determine whether modification of Plaintiff's existing home loan serviced by JPMorgan would be possible, the parties stipulated that the Defendants would have up to, and including, August 11, 2009, to respond to the Complaint filed in this action;

4. The parties are continuing to engage in settlement discussions, and are still in the process of evaluating Plaintiff's modification application. As such, the parties agree to stipulate to extend the time the Defendants have to respond to the Complaint filed in this action up to, and including, August 25, 2009.

DATED: August 11, 2009          ADORNO YOSS ALVARADO & SMITH
                                A Professional Corporation


                                By:   /s/ Scott J. Stilman
                                      SCOTT J. STILMAN
                                      Attorneys for Defendants
                                      JPMorgan Chase Bank, N.A., an Acquirer
                                      of Certain Assets and Liabilities of
                                      Washington Mutual from the FDIC Acting
                                      as Receiver, and California Reconveyance
                                      Company


DATED: August 11, 2009          MICHAEL ROONEY LAW OFFICE


                                By: /s/ Michael P. Rooney
                                    MICHAEL P. ROONEY
                                    Attorneys for Plaintiff
                                    Ante Jozinovich



IT IS SO ORDERED
Judge Thelton E. Henderson
08/12/09
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2023923.1