IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTE JOZINOVICH,

              Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A., et al.,

              Defendants.

NO. C09-3326 TEH

ORDER VACATING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

      Plaintiff has filed a motion for remand, noticed for hearing on October 19, 2009, and Defendants have filed a motion to dismiss, noticed for hearing on October 26, 2009. The initial case management conference is also scheduled for October 26, 2009. To promote judicial economy, the Court will rule on the motion for remand before considering the motion to dismiss. Accordingly, IT IS HEREBY ORDERED that the briefing and hearing schedule on Defendants' motion is VACATED. The case management conference is also VACATED. If this case remains in this Court following consideration of Plaintiff's motion for remand, the Court will set a new briefing and hearing schedule on Defendants' motion at that time.

**IT IS SO ORDERED.**

Dated: 08/26/09

                                THELTON E. HENDERSON, JUDGE
                                UNITED STATES DISTRICT COURT