**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTE JOZINOVICH,

                   Plaintiff,

        v.

J.P. MORGAN CHASE BANK, N.A.,
et al.,

                  Defendants.

NO. C09-3326 TEH

<u>ORDER TO SHOW CAUSE AND
ORDER CONTINUING REPLY
DEADLINE AND HEARING ON
PLAINTIFF'S MOTION TO
REMAND</u>

      Defendants' opposition or statement of non-opposition to Plaintiff's motion to remand was due on September 28, 2009. After no filing was received, the Court's courtroom deputy telephoned Defendants' counsel on September 29. The following day – two days after the deadline – Defendants filed an opposition.

      To prevent unfair prejudice to Plaintiff, IT IS HEREBY ORDERED that the deadline for filing Plaintiff's reply is continued to **October 8, 2009.** The hearing on Plaintiff's motion is continued to **October 26, 2009, at 10:00 AM.**

      In addition, Defendants are ORDERED TO SHOW CAUSE as to why monetary sanctions should not be imposed for their failure to file a timely opposition brief. The show cause hearing shall occur at the same time as the motion hearing. If Defendants wish to file a written response to the order to show cause, they must do so on or before **October 8, 2009.**

**IT IS SO ORDERED.**

Dated:  10/01/09

                                               
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT