IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTE JOZINOVICH,

                Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A., et al.,

                Defendants.

NO. C09-3326 TEH

ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

      Defendants filed a motion to dismiss on August 25, 2009, after Plaintiff had already filed a motion for remand. This Court vacated the briefing and hearing schedule on the motion to dismiss pending resolution of the motion to remand. The Court denied the remand motion on October 26, 2009, and now turns to the motion to dismiss. IT IS HEREBY ORDERED that Plaintiff shall file an opposition to the motion to dismiss on or before **December 7, 2009,** and Defendants shall a reply on or before **December 14, 2009.** Unless otherwise ordered, the Court will hear oral argument on **January 11, 2010, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated: 11/18/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT