JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
T. MATTHEW HANSEN (CA Bar No. 231057)
mhansen@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel:  (213) 229-2400
Fax:  (213) 229-2499

Attorneys for Defendants
JPMorgan Chase Bank, N.A., an
Acquirer of Certain Assets and Liabilities
of Washington Mutual from the FDIC
Acting as Receiver, and California
Reconveyance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTE JOZINOVICH, | C09-3326 TEH<br>CASE NO.:  ~~CV-03326-TEH~~ |
| Plaintiff, | JUDGE:    Hon. Thelton E. Henderson |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS JP MORGAN CHASE BANK, N.A., AND CALIFORNIA RECONVEYANCE COMPANY TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| JPMORGAN CHASE BANK, National Association; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1-100, | |
| Defendants. | **Action Filed:**    June 1, 2009 |

## STIPULATION

Plaintiff Ante Jozinovich ("Plaintiff") and defendants JPMorgan Chase Bank,

N.A., an Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from

the FDIC Acting as Receiver and California Reconveyance Company ("CRC")

(collectively, the "Defendants"), through their respective counsel, hereby stipulate as

follows:

1.    Plaintiff served his First Amended Complaint ("FAC") on Defendants by

electronic service on February 4, 2010;

2042982.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

2.     Counsel for Defendants, through administrative error, did not properly calendar their response to the FAC for February 14, 2010;

3.     Counsel for Defendants discovered this error on Monday, March 29, 2010, while engaged in settlement discussions and while preparing the joint statement for the Case Management Conference scheduled for April 5, 2010.

4.     Counsel for Plaintiff graciously agreed to stipulate that Defendants would have up to, and including, April 5, 2010, to respond to the FAC.

5.     Counsel for the Parties are continuing to engage in settlement discussions, primarily based on a loan modification.  Indeed, JPMorgan and Plaintiff are in direct communication regarding a walk-through of the Subject Property for purposes of valuation of the Subject Property as part of the loan modification process.

DATED:  March 30, 2009          ADORNO YOSS ALVARADO & SMITH
                                A Professional Corporation


                                By: ___/s/ T. Matthew Hansen_____
                                    T. MATTHEW HANSEN
                                    Attorneys for Defendants
                                    JPMorgan Chase Bank, N.A., an Acquirer
                                    of Certain Assets and Liabilities of
                                    Washington Mutual from the FDIC Acting
                                    as Receiver, and California Reconveyance
                                    Company

DATED:  March 30, 2009          MICHAEL ROONEY LAW OFFICE


                                By: /s/ Michael P. Rooney_____
                                    MICHAEL P. ROONEY
                                    Attorneys for Plaintiff
                                    Ante Jozinovich



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
04/01/10

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

2042982.1